UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>DONALD J. MIKRUT,<br><br>　　　　　　　Defendant. | Case No. 2:02-cr-00432-HDM-LRL<br><br>ORDER |

　　　The criminal conviction in this case resulted from actions taken by the defendant, Donald Mikrut, through his company American Business Publications, Inc. ("ABP"). Included in the judgment of conviction was a restitution obligation of nearly $2.2 million. The court at sentencing made clear that its intent was for any restitution collected in this case to be transferred to the bankruptcy court for distribution in connection with ABP's bankruptcy, Case No. 97-28369. (*See* ECF No. 89).

　　　Accordingly, the funds currently on deposit with the Clerk of Court in this case are hereby ordered transferred to the Clerk of Court for the United States Bankruptcy Court, District of Nevada, for purposes of paying in Case No. 97-28369 any untimely, but allowed, claims, after payment of the timely filed claims.

　　　In the event the Bankruptcy Clerk of Court certifies its inability to accept the transfer of the funds, it will be the order of the court that the funds be transferred for distribution to the Crime Victims Fund, which was established by the Victims of Crime

1

Act of 1984. 34 U.S.C. § 20101. In that event, the Clerk of the Court shall transfer the funds on deposit to the Crime Victims Fund.

IT IS SO ORDERED.

DATED: This 21st day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

2